TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00 - 6182 CR-FERGUSON**

18 USC 2113(a)
18 USC 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HENRY J. REGA

    Defendant.

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 4, 2000, at Wilton Manors, Broward County, in the Southern District of Florida, the defendant,

### HENRY J. REGA,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of SunTrust Bank, approximately three thousand, seven hundred and seventy-one dollars ($3,771) in United States currency, belonging to and in the care, custody, control, management, and possession of SunTrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections



2113(a) and 2.

### COUNT 2

On or about May 6, 2000, at Pompano Beach, Broward County, in the Southern District of Florida, the defendant,

### HENRY J. REGA,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Washington Mutual Bank, approximately one thousand, four hundred and twenty dollars ($1,420) in United States currency, belonging to and in the care, custody, control, management, and possession of Washington Mutual Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

GRAND JURY FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| HENRY J. REGA | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)      Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_      Petty     ___
   II   6 to 10 days     ___      Minor     ___
   III  11 to 20 days    ___      Misdem.   ___
   IV   21 to 60 days    ___      Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?     (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _5/8/00_
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _No_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

*[signature]*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
COURT No. A5500033

*Penalty Sheet(s) attached                                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: __**Henry J. Rega**__   Case No.: _____

Count #: **1**

    18 U.S.C. § 2113(a), 18 U.S.C. § 2

        Bank Robbery

*Max. Penalty: **Twenty (20) Years' imprisonment and $250,000 fine.**
=================================================================
Count #: **2**

    18 U.S.C. § 2113(a), 18 U.S.C. § 2

        Bank Robbery

*Max. Penalty: **Twenty (20) Years' imprisonment and $250,000 fine.**
=================================================================
Count #: _____

_____

*Max. Penalty: _____
=================================================================
Count #: _____

_____

*Max. Penalty: _____
=================================================================
Count #: _____

_____

*Max. Penalty: _____
=================================================================
    *Refers only to possible term of incarceration, does not
    include possible fines, restitution, special assessments,
    parole terms, or forfeitures that may be applicable.
=================================================================