AO 442 (Rev. 5/93) Warrant for Arrest       AUSA TOM LANIGAN/  S/A Eric Miller FBI

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

HENRY J. REGA

## WARRANT FOR ARREST

CASE NUMBER: 00-6182-CR-FERGUSON
MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HENRY J. REGA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Bank Robbery

in violation of Title __18__ United States Code, Section(s) __2113 (A)__

CLARENCE MADDOX                           CLERK OF THE COURT/COURT ADMINISTRATOR
Name of Issuing Officer                    Title of Issuing Officer

_[signature]_                              FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer               Date and Location

Bail fixed at $ _Pretrial Detention Requested_   by _[signature] Lurana S. Snow_
                                                     U.S. MAGISTRATE JUDGE
                                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: HENRY J. REGA

ALIAS:

LAST KNOWN RESIDENCE: 61 NW 56th Court, Ft. Lauderdale, Florida

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Rhode Island

DATE OF BIRTH: 10/21/1963

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5' 8"   WEIGHT: 150 lbs.

SEX: Male   RACE: White

HAIR: Brown   EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 4454877X1

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI , 16320 N.W. 2nd Ave, North Miami Beach, Fl. 33169