**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 00-6182-CR-WDF**

UNITED STATES OF AMERICA          )
                                  )
v.                                )
                                  )
HENRY J. REGA                     )
_____ /

FILED by ____ D.C.

JUL   6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1.    An initial appearance is pending in this Court against __HENRY J. REGA__

in the above styled case, and it is set for_July 17, 2000__ at __9:00AM__ on __Monday___

at___Fort Lauderdale, United States District Courthouse_____.

2.    The defendant is now confined in the _Broward County Jail_____

at __Fort Lauderdale_____.

3.    It is necessary to have said defendant before this Court for __Initial_____

Appearance___ as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas

corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid

penal institution and there take into custody the body of the said defendant and have him



before this Court at the time and place above specified for  Initial Appearance        ;

Warden of the aforesaid penal institution; and also directing the said Warden to deliver the

said defendant into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA Thomas P. Lanigan)