**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 00-6182-CR-WDF
Inmate: HENRY J. REGA
White Male
D.O.B. 10-21-63
SSN: 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
BROWARD COUNTY JAIL # 5000-14273

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | FILED by ____ D.C. |
| vs. ) | |
| ) | JUL 6 2000 |
| HENRY J. REGA ) | |
| ) | CLARENCE MADDOX |
| Defendant. ) | CLERK U.S. DIST. CT. |
| _____) | S.D. OF FLA. FT. LAUD. |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: ANY UNITED STATES MARSHAL and

WARDEN, _____BROWARD COUNTY JAIL_____

It appearing from the petition of the United States of America that the defendant in

the above case, __HENRY J. REGA_____ is confined in the BROWARD COUNTY

JAIL at _FORT LAUDERDALE, FL_, and this case is set for INITIAL APPEARANCE

said defendant at FORT LAUDERDALE UNITED STATES DISTRICT

_COURTHOUSE_ , on _MONDAY, JULY 17, 2000_ , and that it is necessary for said

defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you



have the body of the said __HENRY J. REGA__ now detained in custody as aforesaid, under safe and secure conduct, before this Court at __FORT LAUDERDALE, UNITED STATES DISTRICT COURTHOUSE__ by or before __9:00__ o'clock, __A__ M., on __MONDAY, JULY 17, 2000__ for __INITIAL APPEARANCE__ on the criminal charges pending against subject in this cause, and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of __BROWARD COUNTY JAIL__ at __FORT LAUDERDALE, FLORIDA__, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at __FORT LAUDERDALE__, Florida, this 6th day of __July, 2000__,.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (Thomas P. Lanigan, AUSA)
    U.S. Marshals (3 certified copies)
    Chief Probation Officer

2