DEFT: Henry Rega (J)# CASE NO: 00-6182-CR-Ferguson
AUSA: Tom Lanigan present ATTNY: Bernardo Lopez
AGENT: VIOL: 18:2113
PROCEEDING: Initial Appearance BOND REC: PTD
BOND HEARING HELD - yes/no COUNSEL APPOINTED: APD
___ BOND SET @
CO-SIGNATURES:

FILED by D.C.
JUL 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

X - advised of charges
X - sworn for counsel
(may stip. to CSB w/Melilia next week)

Reading of indictment waived

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 7-18-00 | 11:00am | Snow |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 7-27-00 | 11:00 AM | BSS |

DATE: 7-13-00 TIME: 11:00am TAPE # 00-058 PG #
510-700