

FILED by _____ D.C.

FJUL 1 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6182-CR-Ferguson

UNITED STATES OF AMERICA

vs

Henry Rega

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    7-13-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:              Address:_____in custody_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____FPD_____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____PTD Requested_____

Bond hearing held:  yes_____  no__X__ Bond hearing set for___7-18-00_____

Dated this____13____day of ___July_____, 20_00_.

                            CLARENCE MADDOX, CLERK OF THE COURT,

                            By:_____
                               Deputy Clerk

                            Tape No.____00-058_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

