UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by LAURENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
JUL 1 3 2000

U.S. Marshal # 55402-004

UNITED STATES OF AMERICA )
               Plaintiff )    Case Number: CR 00-6182-CR-WDF
                    )    REPORT COMMENCING CRIMINAL
    -vs- )    ACTION
                    )
HENRY J. REGA )
             Defendant

*********************************************************

TO: Clerk's Office      MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __7-13-00__ am/pm

(2) Language Spoken: __ENGLISH__

(3) Offense(s) Charged: __BANK ROBBERY__

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: __10-21-63__

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __SD/FL__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: __FBI__ (11) Phone: _____

(12) Comments: _____

10