AO 442 (Rev. 5/93) Warrant for Arrest    AUSA TOM LANIGAN/  S/A Eric Miller FBI

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA    486779

UNITED STATES OF AMERICA

v.

HENRY J. REGA

**WARRANT FOR ARREST**

CASE NUMBER: 00-6182
CR-FERGUSON
MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ——— HENRY J. REGA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Bank Robbery

RECEIVED 2000 JUN 29 AM 9:02 SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE UNITED STATES MARSHAL

in violation of Title ___18___ United States Code, Section(s) ___2113 (A)___

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

CLERK OF THE COURT/COURT ADMINISTRATOR
Title of Issuing Officer

FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ _Pretrial Detention Requested_  by  [signature] Lurana S. Snow
U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Detainer pick up from BSO | | |
| DATE RECEIVED  6/29/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER  [signature] |
| DATE OF ARREST  7/13/2000 | FOR:  FBI | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.