UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6182-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

HENRY REGA,

          Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on July 27, 2000. At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require three days to try.

2.     Defense counsel stated that he has not yet received the Government's discovery response. He will be conferring with the Government to ensure its receipt. He further indicated that this matter may possibly be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this ___ day of July 2000.

                                        BARRY S. SELTZER
                                        United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Thomas Lanigan, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant