# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
NOV 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

---

**CASE NUMBER** 00-6182-CR-Ferguson      **DATE** November 9, 2000

**COURTROOM CLERK** Amy Jordan      **COURT REPORTER** Anita LaRocca

**PROBATION OFFICER** _____      **INTERPRETER** _____

**UNITED STATES OF AMERICA vs.** SAMUEL DEORIO (J)
                                CHRISTOPHER VENTRICE (J)
                                WAYNE GROSSO (J)

**AUSA** Bertha Mitrani      **DEFT. ATTORNEY** Raymond Miller
for Donald Chase                                  Fred Haddad
                                                  Arthur W. Tifford

**DEFENDANT: Present** X   **Not Present** ____   **On Bond** ____   **In Custody** X

**REASON FOR HEARING:** Sentencing.

**RESULT OF HEARING:** Argument heard by all parties; Probation Officer directed to submit Amended Reports by November 27, 2000

**CONTINUED TO: DATE:** December 14, 2000  **TIME:** 9:30 a.m.
**FOR:** Sentencing

