SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # _00-6182-CR-WDF_

DEFENDANT _Henry Rega_          JUDGE___WILKIE D. FERGUSON___

Deputy Clerk___TROY T. WALKER___          DATE _Dec 1, 2000_

Court Reporter___Paul Haferling___          USPO _D. Piatt_

AUSA _Tom Lanigan_          Deft's Counsel _Pat Hunt, FPI_

COUNTS DISMISSED___All Others___

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____AM / PM          Right to appeal

JUDGMENT AND SENTENCE

Imprisonment     Years     Months _57_     Counts

_Credit for time served from 7/12/00_

Supervised Release _3 yrs_ (See J&C for details)

Probation     Years     Months     Counts
_____     _____     _____
_____     _____     _____

Comments_____
_____
_____

Assessment $_100.00_          Fine $_None_

Restitution /Other $_3,771.00_

CUSTODY

_X_ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _The deft shall be incarcerated in the northeast._

23