UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6182-CR-FERGUSON

UNITED STATES OF AMERICA, :

           Plaintiff,       :

           v.              :

HENRY REGA,          :

           Defendant.    :
_____:

### ORDER GRANTING UNOPPOSED MOTION
### TO AMEND JUDGMENT AND COMMITMENT ORDER

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Amend Judgment and Commitment Order, and the Court having reviewed the record and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED.** The Judgment and Commitment Order entered in this cause is hereby amended. *nunc pro tunc*, to reflect that the sentence imposed in this case is to run **concurrent** with the sentences imposed in the following State of Florida cases: Case Nos. 00-003198CF10A, 00-008527CF10A, and 00-8403CF10A.

DONE AND ORDERED on this _____ day of March, 2001 at Fort Lauderdale, Florida.

_____
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
      United States Bureau of Prisons

