AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>HENRY J. REGA, (J) 55402-004 | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 0:00CR06182-001<br>Thomas P. Lanigan, AUSA / Patrick Hunt, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    **One of a Two Count Indictment**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

FILED by _____ D.C.
DEC 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2113 (a) | Bank Robbery | 05/04/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)    N/A

☒ Count(s)   **All Others**   are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 12/01/2000 |
| Defendant's Date of Birth: 10/21/1963 | Date of Imposition of Judgment |
| Defendant's USM No.: 55402-004 | |
| Defendant's Residence Address:<br>**FDC - MIAMI**<br>**33 N.E. 4th Street**<br>**Miami          FL     33132** | Signature of Judicial Officer<br>**WILKIE D. FERGUSON, JR.**<br>UNITED STATES DISTRICT JUDGE<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>**FDC - MIAMI**<br>**33 N.E. 4th Street**<br>**Miami          FL     33132** | 12/14/00<br>Date |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 12/15/00

*[handwritten annotation:]* application of federal sentence 3-20 2003 from concurrency detainer filed with the FL DOC 4/27/2001