AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida  A-M-E-N-D-E-D

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| HENRY J. REGA, (J) 55402-004 | Case Number: 0:00CR06182-001 |
| | Thomas P. Lanigan, AUSA / Patrick Hunt, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   One of a Two Count Indictment

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2113 (a) | Bank Robbery | 05/04/2000 | 1 |

FILED by _____ D.C.
APR 30 2001

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ N/A

☒ Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 10/21/1963 |
| Defendant's USM No.: | 55402-004 |
| Defendant's Residence Address: | |
| FDC - MIAMI | |
| 33 N.E. 4th Street | |
| Miami    FL    33132 | |

12/01/2000
Date of Imposition of Judgment

*Signature of Judicial Officer*

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

04/30/01
Date

Defendant's Mailing Address:
FDC - MIAMI
33 N.E. 4th Street
Miami    FL    33132

expiration of federal sentence
3-20-2003
from concurrency detainer filed
with the FL. DOC 4/27/2001