(k) clsdrasgn.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6182-CR-FERGUSON

**UNITED STATES OF AMERICA,**

    Plaintiff(s)/Movant(s),

v.

**HENRY J. REGA,**

    Defendant(s)/Respondent(s).

_____/



FILED by _____ D.C.
Jan 14, 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.

### CLERK'S NOTICE OF JUDICIAL OFFICER REASSIGNMENT OF A CLOSED CASE

Document(s) have been submitted to this Court which pertain to a case in which the assigned judge is no longer with this Court; all parties to this action are noticed as follows:

1. That pursuant to the Local Rules of this Court, providing for the random and equal allotment of cases, the above-styled case is hereby reassigned to the calendar of **ADALBERTO JORDAN**, United States District Judge for all further proceedings, and

2. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

### 00-6182-CR-JORDAN

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.5.

DONE at the Federal Courthouse Square, Miami, Florida, this 14 day of January, 2004.

                       CLARENCE MADDOX,
                       Court Administrator • Clerk of Court

                       By: _____
                           Deputy Clerk

c:    U.S. District Judge ADALBERTO JORDAN
     All counsel of record/pro se parties

clk.ntc.clsdrasgn.wpt.sk June 19, 2003