SD/FL PACTS No. 64556

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                                                    DOCKET No. 00-6182-CR-FERGUSON

HENRY J. REGA,

_____

## ORDER TOLLING THE TERM OF SUPERVISED RELEASE

**THIS MATTER** is before the court pertaining to a request filed by the United States Probation Office requesting that the defendant's term of supervised release be tolled until the defendant is available for community supervision.

**ORDERED** and **ADJUDGED** as follows:

1. The three (3) year term of supervised release ordered on December 1, 2000, is hereby tolled until such time as the defendant completes his prison sentence in the State of Florida, case numbers 00-3198CF10A, 00-8403CF10A, and 00-8527CF10A.

**DONE** and **SIGNED** in Chamber at Miami, Miami-Dade County, Florida, this 15th day of January, 2004.

_____
U.S. District Judge

Copies furnished to:

Thomas Lanigan, Assistant United States Attorney
Patrick Hunt, Defense Counsel
Newsetti C. McInnis, U.S. Probation Officer