PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64556

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6182-CR-JORDAN</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Henry J. Rega

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, reassigned to the Honorable Adalberto Jordan, Judge, on January 14, 2004, United States District Court, Miami, Florida.

Date of Original Sentence: December 1, 2000

Original Offense:   Bank Robbery, 18 U.S.C. § 2113(a), a Class C felony.

Original Sentence:   Thirty-seven (37) months custody of the Bureau of Prisons followed by three (3) years supervised release. Special conditions: participate in a program for drug and/or alcohol abuse, and make restitution in the amount of $3,771.00.

Type of Supervision: Supervised Release        Date Supervision Commenced: April 11, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of <u>180</u> days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of <u>$3.25</u> each day.**

## CAUSE

<u>Violation of Mandatory Condition</u>, by unlawfully possessing or using a controlled substance. On or about August 1, 2005, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory. Confirmation of this result remains pending. On August 8, 2005, the defendant signed an Admission of Drug Use Form admitting that he used cocaine on July 29, 2005. The defendant also signed an Admission form admitting to using cocaine on August 5th 2005. The results for the drug test submitted on August 8, 2005 are still pending.

PROB 12B                                                                                              SD/FL PACTS No. 64556
(SD/FL 9/96)

    On August 1, 2005, a Report of Offender Under Supervision was forwarded to Your Honor advising the offender submitted a positive drug test for the presence of cocaine on July 15th and July 18th 2005. Mr. Rega admitted to the drug use, and he was sanctioned to submit to drug tests twice a week for the next thirty (30) days. Mr. Rega was already participating in an outpatient drug treatment program. At that time, the U.S. Probation Office requested no further action be taken, and Your Honor concurred.

    Since the submission of the above report, Mr. Rega has subsequently used cocaine. On August 1, 2005, the offender submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory. When confronted, Mr. Rega admitted to using cocaine on July 29, 2005. He also admitted to using cocaine on Friday, August 5th. Mr. Rega signed an Admission of Drug Use Form admitting to same.

    This officer is respectfully requesting Mr. Rega's supervision be modified to include participation in the Electronic Monitoring Program for a period of 180 days. Mr. Rega has agreed to this modification. Also, Mr. Rega is continuing to submit to drug tests twice a week for the next 60 days, he is participating in an outpatient drug program, and he was instructed to attend NA/AA meetings three times a week. Please find the attached Prob 49, Waiver of Hearing Form, signed by the offender agreeing to modify his conditions of supervised release. If Your Honor is in agreement with the modification indicated in this report, please sign below.

Respectfully submitted,

by    *[signature]*

Diane Acquaviva
U.S. Probation Officer
Phone: (954) 769-5573
Date: August 9, 2005

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

8-12-05
_____
Date