PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 64556



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6182-CR-JORDAN</u>

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Henry J. Rega

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, reassigned to the Honorable Adalberto Jordan, Judge, on January 14, 2004, United States District Court, Miami, Florida.

Date of Original Sentence: December 1, 2000

Original Offense:   Bank Robbery, 18 U.S.C. § 2113(a), a class C felony.

Original Sentence:   Thirty-seven (37) months custody of the Bureau of Prisons followed by three (3) years supervised release. Special conditions: participate in a program for drug and/or alcohol abuse, and make restitution in the amount of $3,771.00.

August 12, 2005: Conditions modified via a Probation Form 12B, to include 180 days participation in the electronic monitoring program.

Type of Supervision: Supervised Release          Date Supervision Commenced: April 11, 2005

## PETITIONING THE COURT

[X]   To issue a warrant  
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C  SD/FL PACTS No. 64556
(SD/FL 3/05)

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about July 15th and July 18th 2005, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Inc. On July 19, 2005, the defendant signed an Admission of Drug Use Form admitting that he used cocaine on July 14, 2005. |
| 2. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about August 1st and August 8th 2005, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Inc. On August 8, 2005, the defendant signed an Admission of Drug Use Form admitting that he used cocaine on July 29th and August 5th 2005. |
| 3. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about August 29th and September 13th 2005, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Inc. |
| 4. | **Violation of Mandatory Condition**, by failing to satisfy the court-ordered restitution. On December 1, 2000, restitution in the amount of $3,771.00 was ordered by the court, to be paid at the direction of the U.S. Probation Officer. On June 10, 2005, the defendant signed a waiver of hearing form agreeing to modify his conditions of supervision to include making restitution payments at a rate of $150.00 per month, and he has failed to comply. |
| 5. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On or about August 22, 2005, the defendant failed to refrain from residing with his wife, Colleen Rega, as directed. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 64556

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___21st day of September 2005___

_____  
Diane Acquaviva  
U.S. Probation Officer  
Phone: (954) 769-5573

---

THE COURT ORDERS:

[ ]   No Action  
[✓]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

9.29.05  
_____  
Date