UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA ]
        Plaintiff ]
      -vs- ]
        ]
Rega, Henry ]
       Defendant

CASE NUMBER: CR 00-6182-CR-Jordan

REPORT COMMENCING CRIMINAL ACTION

55402-004
USMS Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10/18/05   630  AM  (PM)

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: Probation Violation

(4) UNITED STATES CITIZEN: (✓) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 10/21/63

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [X] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 10/18/05   ARRESTING OFFICER: Darrin Bruce

(10) AGENCY: USMS   (11) PHONE: 954-356-7256

(12) COMMENTS: _____

PROB 1 9a                                                                 SD/FL PACTS No. 64556

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6182-CR-JORDAN

U.S.A. vs Henry J. Rega

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

486 779

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>Henry J. Rega | SEX<br>Male | RACE<br>White | AGE<br>41 |
| ADDRESS (STREET,CITY,STATE)<br>230 Northeast 38th Street, #1, Oakland Park, Florida 33334 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court/Southern District of Florida | | DATE IMPOSED<br>December 1, 2000 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable Adalberto Jordan, Judge<br>U.S. District Court, Southern District of Florida, Miami, Florida | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | | DATE<br>10/3/05 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for Southern District of Florida," or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."