PROB 19a                                                                                         SD/FL PACTS No. 64556

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6182-CR-JORDAN</u>

U.S.A. vs Henry J. Rega

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

486 779

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Henry J. Rega || SEX<br>Male | RACE<br>White | AGE<br>41 |
| ADDRESS (STREET, CITY, STATE)<br>230 Northeast 38th Street, #1, Oakland Park, Florida 33334 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court/Southern District of Florida |||| DATE IMPOSED<br>December 1, 2000 |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable Adalberto Jordan, Judge<br>U.S. District Court, Southern District of Florida, Miami, Florida |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>*[signature]* ||| DATE<br>10/3/05 |

| RETURN |||
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>10/3/05 | DATE EXECUTED<br>10/18/05 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, Fl |||
| NAME   Christina Pharo, US Marshal<br>         S/D Fl | (BY) *[signature]*<br>Mark O'Loughlin, ASDUSM | DATE<br>10/18/05 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for <u>Southern District of Florida</u>," or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."