UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6182-CR-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY J. REGA,

    Defendant.

_____/

## DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees

associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Michael Spivack
Assistant Federal Public Defender
Florida Bar No. 0508969
Michael_Spivack@fd.org
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Telephone: (305) 530-7000
Fax: (305) 536-4559

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via interagency mail to R. Alexander Acosta, United States Attorney, 99 N.E. 4th Street, Miami, Florida, 33132 this 20th day of October, 2005.

By: _____
Michael Spivack

**FAXBACK SERVICE LIST**

Michael Spivack, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Henry J. Rega

R. Alexander Acosta
United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9000
Fax:(305)530-7976
Counsel for the Government