UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6182- Cr AJJ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY J. REGA,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender for the Southern District of Florida gives notice that the above captioned case has been assigned to Supervisory Assistant Federal Public Defender Anthony J. Natale.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By:_____
        Anthony J. Natale
        Supervisory Assistant Federal Public Defender
        Florida Bar No. 296627
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130
        Telephone: (305) 530-7000
        FAX: (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed via inter office mail to: United States Attorney's Office, 99 N.E. 4th, Street, Miami, Florida, 33132 this 21st day of October, 2005, and to Diane Acquaviva, USPO, Horizons One, 6100 Hollywood Blvd., Suite 501, Hollywood, Florida 33024-7938.

By: _____
Anthony J. Natale

J:\Rega, Henry J. Reg55402-004\WorkingSubDirectory\ASSIGNT.wpd

J:\Rega, Henry J. Reg55402-004\WorkingSubDirectory\ASSIGNT.wpd

## FAXBACK SERVICE SHEET

Anthony J. Natale
Assistant Federal Public Defender
150 West Flagler Street
Suite 150
Miami, Florida 33130
Tel. (305) 530-7000
Fax. (305) 536-4559

United States Attorney's Office
99 N. E. 4th Street
Miami, Florida 33130
Tel. (305) 961-9000
Fax. (305) 530-7087