UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

Date: 11-22-05   Case No. 00-6182-CR-JORDAN
Clerk: Maria Conboy / Anita Greer (4)   Reporter: France Salopek
Probation Officer: Diane Acquaviva   Interpreter: NONE
U.S.A. vs. Henry J. Rega # 55402-004

Defendant: (PRESENT)   NOT PRESENT   IN CUSTODY

FILED by MC D.C.
NOV 23 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S. Attorney: Tom Lanigan, Esq.
Defense Counsel: AFPD, Anthony Natale, Esq.

Reason for hearing: Final Revocation of Supervision

Result of hearing: ✱ Revoked term of S/R
BOP - (6) months. Δ agrees to pay balance of restitution at the rate of $100.00 month. No further term of S/R imposed.

Misc. Δ admits to violations & desires to proceed to sentence. Aug. 29 -(19) - July 14, aug. 1-(8) Aug. 9 - Sept. 5. pay restitution - lack of payments & place of residence. violations 1-5.
$3,771.00 - 150.00 = restitution owed.

Case continued to: _____   Time: _____   For: _____

cat II - 9-11 mos. - 701.4(8)(R).

42
MX